# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOEL D. RHODES,**
        Petitioner,

v.                                                Case No. 13-C-0161

**MICHAEL MEISNER,**
        Respondent.

## DECISION AND ORDER

Joel D. Rhodes has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The parties have fully briefed the merits of the petition. However, in reviewing the parties' submissions, I noticed that certain relevant items that were part of the state-court record have not been made part of the record in this action:

(1) Rhodes's March 13, 2007 motion to represent himself.

(2) The transcript of the hearing held by the court on the motion on April 2, 2007. (The record already contains the transcript of the continuation of this hearing on April 6, 2007.)

(3) A copy of the waiver form that Rhodes signed on April 6, 2007.

(4) A copy of the letter Rhodes sent to the court on April 18, 2007.

(5) A copy of the letter that Attorney Kovac filed with the court on the first day of trial, May 7, 2007.

(6) A complete copy of the transcript of proceedings held on the morning of May 7, 2007.

(7) A complete copy of the transcript of proceedings held on May 8, 2007.

(8) A complete copy of the transcript of proceedings held on May 9, 2007.

Under Rule 7 of the Rules Governing § 2254 Cases, I "may direct the parties to expand the record by submitting additional materials relating to the petition." Pursuant to this rule, I will direct the parties to file the materials identified above. Although it does not matter to me which party files the materials, for the purpose of expediting matters I will direct petitioner's counsel to file the materials with the court on or before February 28, 2014. (The sooner I receive the materials, the sooner I can issue an order on the petition.) Pursuant to Rule 7(c), the respondent shall have seven days to review the materials filed by petitioner and admit or deny their correctness.

**SO ORDERED** at Milwaukee, Wisconsin, this 21st day of February, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge